AO 442 (12/85) Warrant for Arrest

~~UNDER SEAL~~

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | WARRANT FOR ARREST |
| vs. | |
| JAMAL S. MITCHELL | CASE NO. 1:07-CR-233 |

To:  The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest JAMAL S. MITCHELL and bring him or her forthwith to the nearest magistrate to answer a(n)

**X** Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): CONSPIRACY; POSSESS/DISTRIBUTE A SCHEDULE II CONTROLLED SUBSTANCE in violation of **Title 21, United States Code, Section(s) 846, 841.**

JAMES N. HATTEN
Name of Issuing Officer

S. Edwards
Signature of Issuing Officer / Deputy Clerk

Clerk, U.S. District Court
Title of Issuing Officer

July 10, 2007 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By: _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at U.S. Marshals D/NJ in East Orange

Date Received: _____

Date of Arrest: 7-25-07

AUSA: Robert C.I. McBurney

DUSM L. TIMBERMAN
Name and Title of Arresting Officer

_____
Signature of Arresting Officer

# 28810-050

134946

68