AO 94 (Rev 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT
## NEVADA

| UNITED STATES OF AMERICA<br>V.<br>BARIMA P McKNIGHT | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
JAN 25 2008
JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 1 07-CR-233 | 2 07-mj-850-LRL | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
X Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of   21   U.S.C. § § 846, 841

**DISTRICT OF OFFENSE**
Northern District of Georgia at Atlanta

**DESCRIPTION OF CHARGES:**

Conspiracy, Possess/Distribute a Schedule II Controlled Substance

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | X No | ☐ Yes | Language: | |

**DISTRICT OF NEVADA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

December 18, 2007                           [signature]
Date                                        Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |