FILED IN CLERK'S OFFICE
U.S.D.C Atlanta

JAN 25 2008

CLOSED

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

1:07-cr-233-ODE

# United States District Court
## District of Nevada (Las Vegas)
### CRIMINAL DOCKET FOR CASE #: 2:07-mj-00850-LRL-LRL All Defendants
### Internal Use Only

Case title: USA v. McKnight
Other court case number: 1:07-cr-233 Northern District of Georgia

Date Filed: 12/12/2007
Date Terminated: 01/23/2008

Assigned to: Magistrate Judge Lawrence R. Leavitt
Referred to: Magistrate Judge Lawrence R. Leavitt

**Defendant**

**Barima P. McKnight** (1)
*TERMINATED. 01/23/2008*

represented by **Richard Frankoff**
Federal Public Defender
411 E. Bonneville
Las Vegas, NV 89101
(702) 388-6577
Email: ECF_Vegas@FD.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: FPD*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
None

**Disposition**

**Plaintiff**

USA      represented by **Timothy S. Vasquez**
U.S. Attorney
333 Las Vegas Blvd So
Suite 5000
Las Vegas, NV 89101-
702-388-6556
Email: timothy.s.vasquez@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2007 | 1 | MINUTES OF PROCEEDINGS - Initial Appearance in Rule 5(c)(3) Proceeding as to Barima P. McKnight held on 12/12/2007 before Judge Lawrence R. Leavitt. Crtrm Administrator: *Alana Kamaka*; AUSA: *Timothy Vasquez*; Def Counsel: *Richard Frankoff, AFPD*; PTS: *Sandra Bustos*; Court Reporter/FTR #: *3:03-3:13*; Time of Hearing: *3:00 p.m.*; Courtroom: *3C*;<br>Defendant is present, in custody.<br>Richard Frankoff, AFPD, makes a special appearance on behalf of defendant, Barima P. McKnight.<br>Defendant advised of his rights and the charges against him.<br>Government moves for detention.<br>Court **GRANTS** defendant's request for a continuance to confirm retained counsel.<br>**ORDER** defendant **TEMPORARILY DETAINED** and is remanded to custody.<br>**Identification and Detention Hearings set for** Tuesday, 12/18/2007 10:00 AM in LV Courtroom 3C before Magistrate Judge Lawrence R. Leavitt.<br>**(no image attached)** (Copies have been distributed pursuant to the NEF - AKK) (Entered: 12/12/2007) |
| 12/12/2007 | 2 | *SEALED* SEALED Rule 5(c)(3) Documents Received as to Barima P. McKnight. Documents received from Northern District of Georgia include Arrest warrant & Indictment. (KCR) (Entered: 12/13/2007) |
| 12/12/2007 | 3 | ORDER OF TEMPORARY DETENTION PENDING HEARING in case as to Barima P. McKnight. Detention Hearing set for 12/18/2007 10:00 AM in LV Courtroom 3C before Magistrate Judge Lawrence R. Leavitt. Signed by Judge Lawrence R. Leavitt on 12/12/07. (Copies have been distributed pursuant to the NEF - KCR) (Entered: 12/13/2007) |
| 12/18/2007 | 4 | MINUTES OF PROCEEDINGS - Continued Initial Appearance in Rule 5(c)(3) and Detention Proceeding as to Barima P. McKnight held on 12/18/2007 before Judge Lawrence R. Leavitt. Crtrm Administrator: *Alana Kamaka*; AUSA: *Timothy Vasquez*; Def Counsel: *Richard Frankoff, AFPD*; PTS: *Sandra Bustos*; Court Reporter/FTR #: *10:14-* |

| | | |
|---|---|---|
| | | *10:33*; Time of Hearing: *10:00 a.m.*; Courtroom: *3C*; Defendant is present, in custody. Financial Affidavit filed. The Federal Public Defenders Office is appointed as defense counsel. Attorney Richard Frankoff for Barima P. McKnight added. Waiver of Identity Hearing filed. **ORDERED** defendant identified as named defendant in indictment/complaint and is held to answer in the Northern District of Georgia at Atlanta. Although, the government opposes a continuance and states the basis for its renewed motion for detention, the Court **GRANTS** defense counsel's request for continuance. Mr. Frankoff would like to check into some of the matters stated in the pretrial services report and also have pretrial services to interview defendant's family members. **FURTHER ORDER** defendant is TEMPORARILY DETAINED and remanded to custody. Rule 5 deadline set for 1/7/2008. **Continued Detention Hearing set for** Thursday, 12/20/2007 03:00 PM in LV Courtroom 3C before Magistrate Judge Lawrence R. Leavitt. **(no image attached)** (Copies have been distributed pursuant to the NEF - AKK) (Entered: 12/18/2007) |
| 12/18/2007 | 5 | MINUTES OF PROCEEDINGS - Detention Hearing as to Barima P. McKnight held on 12/18/2007 before Judge Lawrence R. Leavitt. Crtrm Administrator: *Alana Kamaka*; AUSA: *Timothy Vasquez*; Def Counsel: *Richard Frankoff, AFPD*; PTS: *Terry Wheaton*; Court Reporter/FTR #: *3:38-3:44*; Time of Hearing: *3:30 p.m.*; Courtroom: *3C*; Defendant is present, in custody. Case placed back on calendar at the defendant's request. Defendant **ORDERED detained** and is remanded to custody. **FURTHER ORDER**, Continued Detention Hearing previously set for Thursday, 12/20/07, at 3:00 PM, in LV Courtroom 3C, before Magistrate Judge Lawrence R. Leavitt, is hereby **VACATED**. **(no image attached)** (Copies have been distributed pursuant to the NEF - AKK) (Entered: 12/18/2007) |
| 12/18/2007 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Barima P. McKnight. Defendant committed to Northern District of Georgia at Atlanta. Signed by Judge Lawrence R. Leavitt on 12/18/07. (Copies have been distributed pursuant to the NEF - KCR) (Entered: 12/18/2007) |
| 12/18/2007 | 7 | WAIVER of Rule 5(c)(3) Hearings by Barima P. McKnight (KCR) (Entered: 12/20/2007) |
| 12/18/2007 | 8 | *SEALED* **SEALED** FINANCIAL AFFIDAVIT by Barima P. McKnight (KCR) (Entered: 12/20/2007) |
| 12/18/2007 | 9 | ORDER APPOINTING COUNSEL as to Barima P. McKnight. FPD appointed as counsel for Defendant, subpoenas issued upon request with exception to out of state subpoenas which will require court approval. Signed by Judge Lawrence R. Leavitt on 12/18/07. (Copies have been distributed pursuant to the NEF - KCR) (Entered: 12/20/2007) |
| 12/20/2007 | 10 | ORDER OF DETENTION as to Barima P. McKnight. Defendant shall be detained pending trial. Signed by Judge Lawrence R. Leavitt on |

|  |  |  |
|---|---|---|
|  |  | 12/20/07. (Copies have been distributed pursuant to the NEF - KCR) (Entered: 12/21/2007) |
| 01/23/2008 | 11 | TRANSMITTAL of Rule 5c documents to Northern District of Georgia, in case as to Barima P. McKnight. (KCR) (Entered: 01/23/2008) |
| 01/23/2008 |  | (Court only) **NON-PUBLIC** Terminated defendant Barima P. McKnight, pending deadlines, and motions. (KCR) (Entered: 01/23/2008) |