UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE  U. S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

LANCE S. WILSON
CLERK OF COURT

CYNTHIA J. JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB
CHIEF DEPUTY, RENO

January 23, 2008

Clerk, U. S. District Court
Northern District of Georgia
75 Spring Street, S. W.
Atlanta, Georgia   30303-3309

RE:   USA v. Barima P. McKnight

Your Case No: 1:07-CR-233 - ODE
Our Case No: 2:07-MJ-00850-LRL

Dear Clerk:

Enclosed please find certification of the complete file as of January 23, 2008 , in the above referenced case.

Please acknowledge receipt of the above documents by signing the enclosed copy of this letter and returning it to this court.

Thank you.

LANCE S. WILSON, Clerk
United States District Court

/s/ Karen Richardson
Magistrate Support Clerk

Enclosures

Receipt of certified copies in the above referenced case is hereby acknowledged this 25th day of January , 2008.

By: R. Chambers