ND/GA PROB 12B
(6/12)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 22 2013

JAMES N. HATTEN, Clerk
By:  Deputy Clerk

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

## PETITION AND ORDER TO TERMINATE SUPERVISED RELEASE

Name of Offender: **Barima P. McKnight**   Docket No. **1:07-CR-233-11-ODE**

Judicial Officer: **Honorable Orinda D. Evans, Senior U. S. District Court Judge**

Date of Original Sentence: **October 30, 2008**

Original Offense: **Conspiracy to Possess at Least 5 Kilograms of Cocaine with the Intent to Distribute, 21 U.S.C. § 846, 841(a)(1) and 841(b)(1)(A)(ii).**

Original Sentence: **Sixty-four(64) months imprisonment to be followed by a 5 year term of supervised release with special conditions included firearms restrictions, search, drug and alcohol treatment(satisfied), and the defendant shall refrain from any unlawful use of a controlled substance.**

Type of Supervision: **Supervised Release**   Date Supervision Commenced: **09/02/2011**

---

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Barima McKnight has complied with the rules and regulations of supervised release and is no longer in need of supervision. Barima McKnight has successfully completed all of the special conditions and he has completed 26 months of supervised release. Barima McKnight has maintained a stable residence and verifiable employment. His conduct and attitude have been exemplary. In addition, McKnight volunteers in community outreach programs at the Boys and Girls Club of Atlanta, and he is very involved in family activities. Barima McKnight has shown a dedication to his family and community. Record checks have revealed no new arrest.

It is this officer's belief that the maximum benefit has been derived from supervision in this case. Due to McKnight's compliance with the conditions of supervised release, and his positive attitude, this officer respectfully recommends early termination of the supervised release.

His term of supervised release will otherwise expire on September 1, 2016.

**PRAYING THAT THE COURT WILL ORDER** the Supervised Release of Barima McKnight be terminated.

Respectfully submitted,

_____ Dennis S. Tudor
                       2013.11.15 09:43:29 -05'00'

Dennis S. Tudor                          Date
U. S. Probation Officer

_____ 11/5/13
Shelley S. Jones                         Date
Supervising U. S. Probation Officer

===============================================================

**THE COURT ORDERS:**

☑ The early termination of supervised release.

☐ Other:


_____
Honorable Orinda D. Evans
Senior U. S. District Court Judge


_____November 20 2013_____
              Date